NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY L. SPARKLIN,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D18-818
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada,
Judge.

Randy L. Sparklin, pro se.

PER CURIAM.

        Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.